**Penny JOHNSON, Plaintiff–Appellant,**

v.

**ASHTON, LLC; UIP Property Management, et al., Defendants–Appellees.**

**No. 11–1499.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

Penny Johnson, Appellant Pro Se. Richard W. Evans, McCarthy Wilson, LLP, Rockville, Maryland, for Appellees.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Penny Johnson seeks to appeal the district court's order transferring venue of her complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528

(1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*